STATE OF LOUISIANA                          NO. 23-K-239

VERSUS                                      FIFTH CIRCUIT

JOSEPH DURNING                              COURT OF APPEAL

                                            STATE OF LOUISIANA

_____ June 02, 2023 _____

Susan Buchholz
Chief Deputy Clerk

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

*Susan S. Buchholz*
Susan S. Buchholz
Chief Deputy, Clerk of Court

**IN RE** JOSEPH DURNING

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE JUNE B. DARENSBURG, DIVISION "C", NUMBER 22-4105

Panel composed of Judges Fredericka Homberg Wicker,
Marc E. Johnson, and Stephen J. Windhorst

## WRIT GRANTED IN PART FOR LIMITED PURPOSE; DENIED IN PART; REMANDED

Relator, Joseph Durning, seeks mandamus relief that would order the district court to rule on his *pro se* Writ of Habeas Corpus, *pro se* Motion for Release Without Bail Pending Trial, "Protective Order Art. 320," and counseled motions to suppress. A review of the official record reflects that the trial court has previously ruled upon and denied relator's *pro se* Writ of Habeas Corpus and his counseled motions to suppress. Further, the official record reflects that the only protective order filed in this matter was filed and granted on August 26, 2022. Therefore, any mandamus relief sought to order the trial court to rule on those issues is denied as moot.

However, a review of the record reflects that the trial court has not yet ruled upon relator's *pro se* Motion for Release Pending Bail. Accordingly, we grant this writ application for the limited purpose of transferring it to the 24th Judicial District Court. The district court is hereby ordered to rule on relator's "Motion for Release Without Bail Pending Trial" if it has not already done so, and to further provide a copy of its ruling to relator and to this Court.

Gretna, Louisiana, this 2nd day of June, 2023.

**FHW**
**MEJ**
**SJW**

23-K-239

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
CORNELIUS E. REGAN, PRO TEM

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **06/02/2023** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**23-K-239**

### E-NOTIFIED
24th Judicial District Court (Clerk)
Honorable June B. Darensburg (DISTRICT JUDGE)
Thomas J. Butler (Respondent)

### MAILED
Joseph Durning #95489800 (Relator)
Jefferson Parish Correctional Center
P. O. Box 388
Gretna, LA 70054